IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EDILBERTO BRAVO,

    Plaintiff,

v.                                                     CASE NO. 1:03-cv-00041-MP-AK

JANEAN ENGLISH, et al.,

    Defendants.

_____/

**O R D E R**

    This matter is before the Court on Doc. 51, Request for Extension of Time to File Appeal and Notice of Inquiry by Edilberto Bravo. Plaintiff claims to have lost copies of a "denial" that was postmarked February, 18, 2005, when a fellow inmate who was assisting with his case was transferred. The Order that Plaintiff refers to must have been this Court's Order, entered on February 16, 2005, adopting the Magistrate's Report and Recommendation and dismissing his case, Doc. 45. The recent filing of Plaintiff, however, also refers to Plaintiff's Motion for Reconsideration, Doc. 47. That Motion, however, was not denied until May 26, 2005. It is unclear whether Plaintiff is missing both documents, or if just one, which document he is in fact missing.

    **ORDERED AND ADJUDGED:**

Plaintiff is directed to file, on or before Friday, August 19, 2005, an explanation of exactly which documents he is missing, why he is missing each specific document, and further explanation of why he should be granted an extension to file an appeal. The clerk is directed to attach a copy of the docket sheet to this Order.

    **DONE AND ORDERED** this _19th_ day of July, 2005.

                            *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge