IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EDILBERTO BRAVO,

    Plaintiff,

v.                                  CASE NO. 1:03-cv-00041-MP-AK

JANEAN ENGLISH,
DARLENE LEOPOLD,
LEVY COUNTY JAIL,
LISA MATHIS,
SHEFFIELD,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 53, Plaintiff's Response to Doc. 52, Order directing that supporting documentation be filed.  Having complied with this Court's previous order, Doc. 52, the Plaintiff's request for an extension to file any objection he may have is hereby GRANTED.  Plaintiff has until Thursday, September 15, 2005, to file any such objection.

**DONE AND ORDERED** this  _18th_ day of August, 2005

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge